LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant Skyworth Electronics Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORTH DIGITAL HOLDINGS LTD.; SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.; SKYWORTH ELECTRONIC APPLIANCE LTD.; SKYWORTH ELECTRONICS INC.; SKYWORTH USA CORPORATION,<br><br>Defendants. | CASE NO.: 3:18-cv-02474-EMC<br><br>**STIPULATION TO EXTEND TIME FOR SKYWORTH ELECTRONICS INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed: April 25, 2018 |

Defendant Skyworth Electronics Inc. ("SEI") and plaintiff Cadence Design Systems, Inc. ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS on April 25, 2018, Plaintiff filed its Complaint in this action; and

WHEREAS, SEI's current deadline to respond to Plaintiff's Complaint is May 18, 2018;

WHEREAS, Plaintiff has agreed to extend SEI's deadline to respond to the Complaint for a period not greater than thirty days, from May 21, 2018, to June 20, 2018.

**STIPULATION**

WHEREFORE, the Parties stipulate and agree:

SEI's deadline to respond to the Complaint is extended to June 20, 2018.

Dated: May 16, 2018  Respectfully submitted,

LOCKE LORD LLP

By: */s/ Meagan S. Tom*
Regina J. McClendon
Meagan S. Tom
Attorneys for Defendant Skyworth Electronics Inc.

Dated: May 16, 2018  Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Lauren Schweitzer*
Lauren Schweitzer

Attorneys for Plaintiff Cadence Design Systems, Inc.

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: May 16, 2018  By: */s/ Meagan S. Tom*
Meagan S. Tom

**[PROPOSED] ORDER**

Good cause appearing, the deadline for defendant Skyworth Electronics Inc. to respond to the Complaint of plaintiff Cadence Design Systems, Inc. is extended to June 20, 2018.

IT IS SO ORDERED.

Dated: __5/16/18__  _____



Judge Edward M. Chen

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
*Cadence Design Svs., Inc. v. Skyworth Electronics Inc., et al.,* Case No. 3:18-cv-02474-EMC