1  D. Stuart Bartow (CA Bar No. 233107)
   E-mail:sbartow@lrrc.com
2  Terry W. Ahearn (CA Bar No. 216543)
   E-mail:tahearn@lrrc.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   4300 Bohannon Drive, Suite 230
4  Menlo Park, CA 94025-1042
   Tel: 650.391.1380
5  Fax: 650.391.1395

6  Attorneys for Defendant Skyworth USA Corporation

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  CADENCE DESIGN SYSTEMS, INC., a          Case No.  3:18-cv-02474-EMC
    Delaware corporation
13                                            **STIPULATION TO EXTEND TIME**
                   Plaintiff,                 **FOR SKYWORTH USA**
14                                            **CORPORATION TO RESPOND TO**
          v.                                  **COMPLAINT; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
15
    SKYWORTH DIGITAL HOLDINGS LTD.;           Complaint Filed: April 25, 2018
16  SHENZHEN SKYWORTH AUTOMOBILE
    ELECTRONICS, CO. LTD.; SKYWORTH
17  ELECTRONIC APPLIANCE LTD.;
    SKYWORTH ELECTRONICS INC.;
18  SKYWORTH USA CORPORATION,

19                 Defendants.

20

21         Pursuant to Civil L.R. 6-1(a), Defendant Skyworth USA Corporation, and Plaintiff

22  Cadence Design Systems, Inc. ("Plaintiff") by and through their counsel of record, hereby

23  stipulate and agree as follows:

24                        **RECITALS**

25         WHEREAS, on April 25, 2018, Plaintiff filed its Complaint in this action; and

26         WHEREAS, Skyworth USA Corporation's current deadline to respond to Plaintiff's

27  Complaint is May 18, 2018;

28

4300 Bohannon Drive, Suite 230
Menlo Park, CA  94025-1042

Lewis Roca
ROTHGERBER CHRISTIE

4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025-1042

Lewis Roca
ROTHGERBER CHRISTIE

1    WHEREAS, Plaintiff has agreed to extend Skyworth USA Corporation's deadline to

2    respond to the Complaint from May 18, 2018, to June 20, 2018.

3                                    **STIPULATION**

4    WHEREFORE, the Parties stipulate and agree:

5    Skyworth USA Corporation's deadline to respond to the Complaint should be extended to

6    June 20, 2018.

7                                    Respectfully submitted,

8    Dated:     May 17, 2018          LEWIS ROCA ROTHGERBER CHRISTIE LLP

9

10                                    By: */s/ D. Stuart Bartow*
                                       D. Stuart Bartow
11                                     Terry W. Ahearn

12                                     Attorneys for Defendant Skyworth USA
                                       Corporation
13
                                       Respectfully submitted,
14
     Dated:     May 17, 2018          KIRKLAND & ELLIS LLP
15

16

17                                    By: */s/Lauren Schweitzer*
                                       Lauren Schweitzer
18
                                       Attorney for Plaintiff Cadence Design Systems,
19                                     Inc.

20

21                                    **CERTIFICATION**

22    Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained

23    concurrence regarding the filing of this document from the indicated signatories to the document.

     Dated: May 17, 2018             By: s/ *D. Stuart Bartow*---------------------------------
24
                                       D. Stuart Bartow
25

26

27

28

# [PROPOSED] ORDER

Good cause appearing, the deadline for defendant Skyworth USA Corporation to respond to the Complaint of Plaintiff Cadence Design Systems, Inc. is extended to June 20, 2018.

IT IS SO ORDERED.

Dated: _____ 5/17/18



IT IS SO ORDERED

Judge Edward M. Chen

_____ Judge

4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025-1042

Lewis Roca
ROTHGERBER CHRISTIE