DORSEY & WHITNEY LLP
Jeremy T. Elman (SBN 223696)
elman.jeremy@dorsey.com
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1445
Facsimile: (714) 464-4507

J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
701 5th Ave, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8757
Facsimile: (206) 299-3998

Attorneys for Defendant
SKYWORTH USA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORTH DIGITAL HOLDINGS LTD.; SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.; SKYWORTH ELECTRONIC APPLIANCE LTD.; SKYWORTH ELECTRONICS INC.; SKYWORTH USA CORPORATION,<br><br>Defendants. | CASE NO. 3:18-CV-02474-EMC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR SKYWORTH USA CORPORATION TO RESPOND TO COMPLAINT; [PR~~OPO~~SED] ORDER**<br><br>Judge: Honorable Edward M. Chen |

Pursuant to Civil L.R. 6-1(a), Defendant Skyworth USA Corporation ("Skyworth USA"), and Plaintiff Cadence Design Systems, Inc. ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on April 25, 2018, Plaintiff filed its Complaint in this action;

WHEREAS, on May 17, 2018, the Court granted Skyworth USA an extension to respond to the Complaint until June 20, 2018;

WHEREAS, Skyworth USA has recently retained new counsel;

WHEREAS, Plaintiff has agreed to a second extension of time for Skyworth USA to respond to the Complaint until July 9, 2018;

The second stipulation was promptly filed after current counsel was engaged by Skyworth USA and will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

WHEREFORE, the Parties stipulate and agree:

Skyworth USA's deadline to respond to the Complaint should be extended to July 9, 2018.

Dated: June 13, 2018         DORSEY & WHITNEY LLP

By: */s/ Jeremy T. Elman*
JEREMY T. ELMAN
Attorneys for Skyworth USA Corporation

Dated: June 13, 2018         KIRKLAND & ELLIS LLP

By: */s/ Lauren Schweitzer*
LAUREN SCHWEITZER
Attorneys for Cadence Design Systems, Inc.

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: June 13, 2018                                By: */s/ Jeremy T. Elman*
                                                         Jeremy T. Elman

**[PROPOSED] ORDER**

Good cause appearing, the deadline for defendant Skyworth USA Corporation to respond to the Complaint of plaintiff Cadence Design Systems, Inc. is extended to July 9, 2018.

IT IS SO ORDERED.

Dated: 6/14/18



_____
Hon.
United
Judge Edward M. Chen

---