UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cadence Design Systems, Inc.<br><br>             Plaintiff(s)<br><br>v.<br><br>Skyworth Digital Holdings Ltd., et al.<br><br>             Defendant(s) | CASE No C 18-CV-02474-EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)  Mediation before a mutually agreeable private mediator. The parties agree to the presumptive deadline subject to mediator availability.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: August 2, 2018      /s/ Lauren Schweitzer
                          Attorney for Plaintiff

Date: August 2, 2018      /s/ Jeremy T. Elman & /s/ Bryan G. Harrison
                          Attorneys for Defendants

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  8/10/18

_____
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*