Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Tanya Greene (SBN 267975)
tanya.greene@kirkland.com
Lauren Schweitzer (SBN 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORTH DIGITAL HOLDINGS LTD.; SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.; SKYWORTH ELECTRONIC APPLIANCE LTD.; SKYWORTH ELECTRONICS INC.; SKYWORTH USA CORPORATION, <br><br> Defendants. | CASE NO. 3:18-cv-02474-EMC <br><br> **STIPULATION TO CONTINUE OUTSTANDING DEADLINES AND HEARINGS DUE TO SETTLEMENT IN PRINCIPLE; [PROPOSED] ORDER** <br><br> Judge: Honorable Edward M. Chen |

Plaintiff Cadence Design Systems, Inc. ("Cadence") and Defendants Skyworth Digital Holdings Ltd. ("Skyworth Parent"), Shenzhen Skyworth Automobile Electronics Co. Ltd. ("Skyworth Auto"), Skyworth Electronic Appliance Ltd. ("Skyworth EA"), Skyworth Electronics Inc. ("SEI") and Skyworth USA Corporation ("Skyworth USA") (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 25, 2018, Cadence filed its Complaint in this Action;

WHEREAS, the Parties' Joint Case Management Statement and Rule 26(f) Report is due on August 16, 2018;

WHEREAS, the Court has scheduled an initial Case Management Conference and hearings on SEI's and Skyworth USA's motions to dismiss for August 23, 2018;

WHEREAS, Cadence's Opposition to the motion to dismiss filed by Skyworth Parent, Skyworth Auto, and Skyworth EA (collectively "the Non-US Skyworth Entities") is due on August 21, 2018, and the Non-US Skyworth Entities' Reply is due on August 28, 2018;

WHEREAS, the Court has scheduled a hearing on the Non-US Skyworth Entities' motion for September 13, 2018;

WHEREAS, the Court has ordered the Parties to hold a mediation by November 8, 2018;

WHEREAS, the Parties have reached a resolution in principal of their dispute and are in the process of finalizing their agreement;

WHEREAS, the Parties agree that it is in the interest of judicial efficiency to postpone all outstanding deadlines by roughly 60 days in order to document their settlement in principle;

WHEREAS, the Parties agree that the following deadlines shall be continued as follows:

- Joint Case Management Statement and Rule 26(f) Report: October 15, 2018
- Initial Case Management Conference and Hearings on SEI's and Skyworth USA's Motions to Dismiss: November 15, 2018 at 1:30 P.M.
- Cadence's Opposition to Non-US Skyworth Entities' Motion: October 22, 2018
- Non-US Skyworth Entities' Reply: October 29, 2018
- Hearing on Non-US Skyworth Entities Motion: November 15, 2018 at 1:30 P.M.
- Deadline to Conduct Mediation: January 7, 2019

1

| | |
|---|---|
| DATED: August 14, 2018 | Respectfully submitted,<br><br>KIRKLAND & ELLIS LLP<br><br>By: */s/ Lauren Schweitzer*<br>Diana M. Torres<br>Mark C. Holscher<br>Tanya Greene (SBN 267975)<br>Lauren Schweitzer<br><br>Attorney for Plaintiff<br>CADENCE DESIGN SYSTEMS, INC. |
| Dated: August 14, 2018 | Respectfully submitted,<br><br>LOCKE LORD LLP<br><br>By: */s/ Bryan G. Harrison*<br>Regina J. McClendon<br>Bryan G. Harrison<br>Meagan S. Tom<br><br>Attorneys for Defendant<br>SKYWORTH ELECTRONICS INC. |
| Dated: August 14, 2018 | Respectfully submitted,<br><br>DORSEY & WHITNEY LLP<br><br>By: */s/ Jeremy T. Elman*<br>Jeremy T. Elman<br>Kent J. Schmidt<br>J. Michael Keyes<br><br>Attorneys for Defendants<br>SKYWORTH USA CORPORATION<br>SKYWORTH DIGITAL HOLDINGS LTD.<br>SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.<br>SKYWORTH ELECTRONIC APPLIANCE LTD. |

**<u>CERTIFICATION</u>**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

DATED: August 14, 2018                KIRKLAND & ELLIS LLP


By: */s/ Lauren Schweitzer*
Lauren Schweitzer

# [~~PRO~~POSED] ORDER

Good cause appearing, the below hearings and deadlines are continued as follows:

- Joint Case Management Statement and Rule 26(f) Report: **October 15, 2018**
- Initial Case Management Conference and Hearings on SEI's and Skyworth USA's Motions to Dismiss: **November 15, 2018 at 1:30 P.M.**
- Cadence's Opposition to Non-US Skyworth Entities' Motion: **October 22, 2018**
- Non-US Skyworth Entities' Reply: **October 29, 2018**
- Hearing on Non-US Skyworth Entities Motion: **November 15, 2018 at 1:30 P.M.**
- Deadline to Conduct Mediation: **January 7, 2019**

IT IS SO ORDERED.

Dated: 8/15/2018



Hon. Edward M. Chen
United States District Judge