Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Tanya Greene (SBN 267975)
tanya.greene@kirkland.com
Lauren Schweitzer (SBN 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKYWORTH DIGITAL HOLDINGS LTD.; SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.; SKYWORTH ELECTRONIC APPLIANCE LTD.; SKYWORTH ELECTRONICS INC.; SKYWORTH USA CORPORATION,<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-02474-EMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:　Honorable Edward M. Chen |

WHEREAS, on April 25, 2018, Cadence filed an action against Skyworth Digital Holdings Ltd,, Shenzhen Skyworth Automobile Electronics Co. Ltd., Skyworth Electronic Appliance Ltd., Skyworth Electronics Inc., and Skyworth USA Corporation (collectively "Skyworth") asserting a cause of action for copyright infringement, a cause of action for circumvention of access controls, and a cause of action for breach of contract; and

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST THAT this action, including all of the causes of action asserted by Cadence in the Complaint, be dismissed with prejudice as to all defendants.

DATED: November 9, 2018

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Lauren Schweitzer*
Diana M. Torres
Mark C. Holscher
Tanya Greene
Lauren Schweitzer

Attorney for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated:  November 9, 2018

Respectfully submitted,

LOCKE LORD LLP

By:  */s/ Bryan G. Harrison*
Regina J. McClendon
Bryan G. Harrison
Meagan S. Tom

Attorneys for Defendant
SKYWORTH ELECTRONICS INC.

1
Stipulated Request for Dismissal of Action with Prejudice

Dated:  November 9, 2018

Respectfully submitted,

DORSEY & WHITNEY LLP

By: /s/ Jeremy T. Elman
Jeremy T. Elman
Kent J. Schmidt
J. Michael Keyes

Attorneys for Defendants
SKYWORTH USA CORPORATION
SKYWORTH DIGITAL HOLDINGS LTD.
SHENZHEN SKYWORTH AUTOMOBILE ELECTRONICS CO. LTD.
SKYWORTH ELECTRONIC APPLIANCE LTD.

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

DATED: November 9, 2018                KIRKLAND & ELLIS LLP


                                       By: */s/ Lauren Schweitzer*
                                           Laurent Schweitzer

**[PROPOSED] ORDER**

On November 9, 2018, the parties filed a Stipulated Request For Dismissal Of Action With Prejudice.

**IT IS HEREBY ORDERED** that the parties' stipulation is granted.

**IT IS SO ORDERED**.

Dated: _____  _____
Hon. Edward M. Chen
United States District Judge